UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X

UNITED STATES OF AMERICA,

    -against-

ROCCO GAETANO,

    Defendant.

-----------------------------------X

ORDER FOR
REMISSION OF FINE

Criminal Docket
No. CR-87-0624

( Ou )

IRIZARRY, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 0 2 2005 ★
BROOKLYN OFFICE

    The court having considered the Petition for Remission of Fine filed by the United States of America, under the provisions of 18 U.S.C. Section 3573, in which the United States requests remission of the fine of $50,000.00, plus interest, imposed on defendant Rocco Gaetano (Defendant), of which $145,106.13, plus interest, remains unpaid, and the court having determined that the Petition should be granted, it is therefore

    ORDERED that the unpaid fine imposed upon Defendant Glendon Brown, shall be, and hereby is, remitted.

Dated: May 10th, 2005

                              s/Dora L. Irizarry
                              HONORABLE DORA D. IRIZARRY
                              UNITED STATES DISTRICT JUDGE

SIR:

**PLEASE TAKE NOTICE** that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the **UNITED STATES DISTRICT COURT U.S.** Courthouse, 225 Cadman Plaza East, **EASTERN DISTRICT OF NEW YORK** Brooklyn, New York, on the _____ day of _____, 20__, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York,

_____, 20__

United States Attorney,

Attorney for _____

To:

Attorney for _____

SIR:

**PLEASE TAKE NOTICE** that the within is a true copy of _____ duly entered herein on the _____ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York

United States Attorney,

Attorney for _____

To:

Attorney for _____

---

Criminal Action No. CR-87-0624

**UNITED STATES DISTRICT COURT**
Eastern District of New York

UNITED STATES OF AMERICA,

- against -

ROCCO GAETANO,

Defendant.

**ORDER FOR REMISSION OF FINE**

ROSLYNN R. MAUSKOPF
United States Attorney,
Attorney for United States
Office and Post Office Address,
United States Courthouse
One Pierrepont Plaza, 16th Fl.
Brooklyn, New York 11201

Dated: _____, 20__

Due service of a copy of the within _____ is hereby admitted.

Dated: _____, 20__

Attorney for
BETH P. SCHWARTZ, AUSA
(718) 254-6017